# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | Case No. CV 06-7291-AHM (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 3/23/09

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE